Alison Yew, CA Bar # 173158

Yew Immigration Law Group, a P.C.

1155 North First Street, Suite 111

San Jose, CA  95112

Phone Number: (408) 389-8930

Fax Number: (669) 201-0980

E-mail Address: info@yewlegal.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| **YAXI CHEN**<br>　　　　Plaintiff,<br><br>　　v.<br><br>**MERRICK GARLAND**, U.S. Attorney General<br>U.S. Department of Justice<br><br>**ALEJANDRO MAYORKAS**, Secretary<br>U.S. Dept of Homeland Security<br><br>**UR MENDOZA JADDOU**, Director<br>U.S. Citizenship and Immigration Services<br><br>**ROBIN BARRETT**, District Director<br>San Francisco and San Jose Field Offices<br>U.S. Citizenship and Immigration Services<br>　　　　Defendants. | Case Number: 5:23-cv-02476-nc<br><br>**STIPULATION TO AND REQUEST FOR DISMISSAL AND ORDER**<br><br>Immigration Case:<br><br>Agency Doc. No. MSC2091548240 |

　　　　The parties, by and through their undersigned attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice given that USCIS adjudicated Plaintiff's Form I-485, Application to

**STIPULATION TO AND REQUEST FOR DISMISSAL** 5:23-cv-02476-nc

1  Adjust Status.  Each of the parties shall bear their own costs and fees. In accordance
2  with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed
3  below concur in the filing of this document.

Respectfully submitted,

Dated:                                     ___/s/_____

ELIZABETH D. KURLAN

Assistant United States Attorney

Ismail J. Ramsey

United States Attorney

Attorneys for Defendants

Dated: 7/24/2023                          __/S/_____

ALISON YEW

Attorney for Plaintiff Yaxi Chen

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 24, 2023                     _____

Hon. Magistrate Judge Nathanael M. Cousins

**GRANTED** (stamp, signed by Judge Nathanael M. Cousins)

**STIPULATION TO AND REQUEST FOR DISMISSAL** 5:23-cv-02476-nc